**Ronald L. MAGARINER, Relator,**

v.

**GENERAL CLEANING CORPORATION and CNA Insurance Companies, Respondents.**

**No. C4–98–456.**

Supreme Court of Minnesota.

June 1, 1998.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 20, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b) (1998).

BY THE COURT:

/s/ Paul H. Anderson
Paul H. Anderson
Associate Justice